IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE KEOKI CALLEN,** : | |
| Petitioner, : | |
| vs. : | **CIVIL NO. 09-0068-CG-C** |
| **UNITED STATES OF AMERICA,** : | **CRIMINAL NO. 06-0176-011-CG** |
| Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge, made under 28 U.S.C. § 636(b)(l)(B) and dated March 24, 2009, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 16th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE