IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE KEOKI CALLEN,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL NO. 09-0068-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-0176-011-CG** |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DISMISSED** as untimely pursuant to 28 U.S.C. § 2255(f). Additionally, the claim raised by Callen in his § 2255 motion has no merit.

**DONE and ORDERED** this 16th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE